UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES ) <br> UNION OF TENNESSEE and ) <br> K.O. HERSTON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MONROE COUNTY, TENNESSEE, et al., ) <br> ) <br> Defendants. ) | No.: 3:04-CV-48 <br> (VARLAN/SHIRLEY) |

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the defendants' motion for summary judgment [Doc. 34] is hereby **GRANTED** and the plaintiffs' motion for summary judgment [Doc. 37] is hereby **DENIED**. The plaintiffs' claims are **DISMISSED with prejudice** and the Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

                                                s/ Thomas A. Varlan
                                                UNITED STATES DISTRICT JUDGE